Same case below, 622 F.3d 1328.

No. 10-8312. Roberto Acevedo-Rodriguez, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1530, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1625.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 278.

No. 10-8313. Geechie D. Templeton, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1530, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1176.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 624 F.3d 215.

No. 10-8315. Thomas M. Johnson, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1530, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1147.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 403 Fed. Appx. 146.

No. 10-8319. Mark Andrew Lopez, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1530, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1136.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8320. Antonio Pamatz-Huerta, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1530, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1199.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 179.

No. 10-8322. William Leonard Pickard and Clyde Apperson, Petitioners v. United States.

562 U.S. 1242, 131 S. Ct. 1530, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1126.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 396 Fed. Appx. 568.

No. 10-8323. Manuel Alberto Carillo Moreno, aka Manuel Carrillo, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1531, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1173.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 10.

No. 10-8325. Eric Wayne Mundy, aka James Frazier, Petitioner v. United States.

562 U.S. 1242, 131 S. Ct. 1531, 179 L. Ed. 2d 346, 2011 U.S. LEXIS 1291.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 621 F.3d 283.